IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              4:12-CR-223-01-BRW

DEGRICK EVANS

## ORDER

Pending is Defendant's unopposed Motion for Permission to Attend Military Graduation (Doc. No. 11). Defendant is currently on electronically monitored home detention pretrial release. Defendant's daughter is scheduled to graduate from military basic training in early November; the graduation ceremony will be in Fort Sill, Oklahoma. Defendant asks that he be allowed to: leave his home in Blytheville, Arkansas, on Wednesday, October 31, 2012, to travel to Fort Sill; remain in Fort Sill until November 3, 2012, to attend the graduation; and return to Blytheville on Saturday November 3, 2012, by no later than 5:30 p.m. Defendant's Motion is GRANTED. The U.S. Probation Office will suspend electronic monitoring notification for a period of 72 hours, beginning when Defendant leaves his Blytheville, Arkansas, home on October 31, 2012. The location monitoring equipment will remain in place for the duration of Defendant's trip. Electronic monitoring notification will resume at the end of the 72-hour period. All other conditions of pretrial release remain in effect.

IT IS SO ORDERED this 29th day of October, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE